UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER GODSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELTMAN, ELTMAN & COOPER, P.C., and LVNV FUNDING, LLC,<br><br>Defendants. | No. 17-mc-434 |
| CHRISTOPHER GODSON, on behalf of himself and all others similarly situated,<br><br>Movant,<br><br>v.<br><br>PKF O'CONNOR DAVIES, LLP,<br><br>Respondent. | |

CHRISTOPHER GODSON'S MOTION TO HOLD PKF O'CONNOR DAVIES, LLP IN CONTEMPT AND TO REQUIRE ITS COMPLIANCE WITH SUBPOENA

Upon the accompanying Declaration of Brian L. Bromberg dated November 2, 2017 and the exhibits thereto, and upon the accompanying Memorandum of Law, Plaintiff/Movant Christopher Godson respectfully requests this Court for an Order (1) holding Respondent PKF O'Connor Davies, LLP in contempt of court for failing to obey a subpoena in the underlying case of *Godson v. Eltman, Eltman & Cooper, P.C., et al.* W.D.N.Y. 11-cv-764(EAW)(HKS); (2) requiring Respondent to comply with the subpoena; (3) directing Respondent to pay Mr. Godson's reasonable

attorney fees and costs for bringing these contempt proceedings, as well as his costs for the deposition Respondent failed to attend ($344.31); and (4) such other relief which to the Court may seem just and proper.

Dated:  New York, NY
        November 2, 2017

                                                        /s/ Brian L. Bromberg
                                                           Brian L. Bromberg
                                                           Bromberg Law Office, P.C
                                                           26 Broadway, 21st Fl.
                                                           New York, NY 10004
                                                           Tel: (212) 248-7906
                                                           Fax: (212) 248-7908
                                                           brian@bromberglawoffice.com

**Attorneys for Plaintiff**
Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway, 21st Fl.
New York, NY 10004
Tel: (212) 248-7906
Fax: (212) 248-7908
Email: brian@bromberglawoffice.com

Kenneth R. Hiller
Seth J. Andrews
Law Offices of Kenneth Hiller, PLLC
6000 N. Bailey Avenue – Suite 1A
Amherst, New York 14226
Tel: (716) 564-3288
Email: khiller@kennethhiller.com

Jonathan R. Miller
Salem Community Law Office
301 N. Main St., Suite 2415
Winston-Salem, NC 27101
Tel: (336) 837-4437
Fax: (336) 837-4436
Email: jmiller@salemcommunitylaw.com