Exhibit F



# Invoice INV1081060

**2700 Centennial Tower**
**101 Marietta Street**
**Atlanta GA 30303**
**888-486-4044**
**www.esquiresolutions.com**
**Tax ID # 45-3463120**

| | |
|---|---|
| **Date** | 9/28/2017 |
| **Terms** | Net 30 |
| **Due Date** | 10/28/2017 |
| **Client Number** | C01163 |
| **Esquire Office** | New York City |
| **Proceeding Type** | Deposition |
| **Name of Insured** | |
| **Adjuster** | |
| **Firm Matter/File #** | |
| **Client Claim/Matter #** | |
| **Date of Loss** | |

**Bill To**
Bromberg Law Office
26 Broadway
21st Floor
New York NY 10004

**Services Provided For**
Bromberg Law Office - New York
Bromberg, Brian L
26 Broadway
21st Floor
New York NY 10004

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 9/19/2017 | J0654573 | New York, NEW YORK | CHRISTOPHER GODSON, ET AL. VS. ELTMAN, ELTMAN & C... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - O&1-TELE-WI | PKF OConnor Davies | 13 | 0.00 | 0.00 |
| MINIMUM TRANSCRIPT FEE | PKF OConnor Davies | 1 | 182.00 | 182.00 |
| APP FEE: HALF DAY | PKF OConnor Davies | 1 | 0.00 | 0.00 |
| APP FEE: WAIT TIME | PKF OConnor Davies | 1 | 73.00 | 73.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | PKF OConnor Davies | 1 | 50.00 | 50.00 |
| CONDENSED TRANSCRIPT | PKF OConnor Davies | 1 | 30.00 | 30.00 |
| HANDLING FEE | PKF OConnor Davies | 1 | 0.00 | 0.00 |

*Representing Client: Bromberg Law Office - New York*

| | |
|---|---|
| **Subtotal** | 335.00 |
| **Shipping Cost (FedEx)** | 9.31 |
| **Total** | 344.31 |
| **Amount Due** | $344.31 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| **Client Name** | Bromberg Law Office - New York |
| **Client #** | C01163 |
| **Invoice #** | INV1081060 |
| **Invoice Date** | 9/28/2017 |
| **Due Date** | 10/28/2017 |
| **Amount Due** | $ 344.31 |