# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

January 30, 2018

Via ECF
Honorable Paul G. Gardephe, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/31/18
```

Re:   *Godson v. Eltman, Eltman & Cooper, P.C., et al.,* Case No. 17-mc-434
      Request to Withdraw Motion for Contempt Without Prejudice

Dear Judge Gardephe:

My office, together with co-counsel, represents the plaintiff-movant, Christopher
Godson, in the above-referenced matter.

I am writing to request that Your Honor mark the matter withdrawn without
prejudice, because the underlying case in the Western District of New York
(Buffalo) has settled and the parties are drawing up the class settlement
documents. Moreover, the respondents here, PKF O'Connor Davies, LLP, have
agreed to appear for deposition in the event the settlement in Buffalo falls apart
and is not consummated.

Respectfully,

**SO ORDERED:**

*Paul G. Gardeph*

**Paul G. Gardephe, U.S.D.J.**

Dated:   Jan. 31, 2018

Brian L. Bromberg

cc:   Rebecca R. Gelozin, Esq. (Via Email: Rebecca.Gelozin@wilsonelser.com)
      Thomas R. Manisero, Esq. (Via Email: Thomas .Manisero@wilsonelser.com)
      Concepcion A. Montoya, Esq. (Via Email: cmontoya@hinshawlaw.com)
      Nabil G. Foster, Esq. (Via Email: nfoster@hinshawlaw.com)
      Khardeen I. Shillingford, Esq. (Via Email: kshillingford@hinshawlaw.com)
      Pushpa L. Piyatissa, Esq. (Via Email: ppiyatissa@eltmanlaw.com)
      Jonathan R. Miller, Esq. (Via Email: jmiller@salemcommunitylaw.com)
      Kenneth R. Hiller, Esq. (Via Email: khiller@kennethhiller.com)
      Seth J. Andrews, Esq. (Via Email: sandrews@kennethhiller.com)